**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MYKEY TECHNOLOGY, INC. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-2841 |
| | * | |
| CPR TOOLS, INC, ET AL. | * | |
| | ****** | |

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 28th day of March 2013

ORDERED

1. Logicube's motion to transfer venue to the Central District of California (document 113) is granted; and

2. This action is transferred to the Central District of California.

\_\_\_\_/s/_____
J. Frederick Motz
United States District Judge