1 ROBERT E. FREITAS (SBN 80948)
  rfreitas@ftklaw.com
2 QUDUS B. OLANIRAN (SBN 267838)
  qolaniran@ftklaw.com
3 FREITAS TSENG & KAUFMAN LLP
  100 Marine Parkway, Suite 200
4 Redwood Shores, California  94065
  Telephone:   (650) 593-6300
5 Facsimile:   (650) 593-6301

6 Attorneys for Plaintiff
  MyKey Technology Inc.
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11

| 12 MYKEY TECHNOLOGY INC., | Case No.  2:13-cv-02302-MMM SHx |
|---|---|
| 13            Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL OF CPR TOOLS, INC. WITH PREJUDICE** |
| 14 v. | |
| 15 CPR TOOLS, INC., AND LOGICUBE INC., | |
| 16 | |
| 17            Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff MyKey Technology Inc. and Defendant CPR Tools, Inc. hereby jointly stipulate that:

1. MyKey Technology hereby dismisses with prejudice all of its claims against CPR Tools in this case;

2. CPR Tools hereby dismisses with prejudice all of its claims against MyKey Technology in this case;

3. MyKey Technology and CPR Tools shall each bear its own costs and attorney fees incurred in connection with this case; and

4. All other claims of MyKey Technology against the remaining defendant in this matter remains in place and are not in any way waived, discharged or compromised by the dismissal of CPR Tools from this case.

Dated: June 21, 2013         Respectfully submitted,

FREITAS TSENG & KAUFMAN LLP

By: */s/Qudus B. Olaniran*
    Robert E. Freitas
    Qudus B. Olaniran
    FREITAS TSENG & KAUFMAN LLP
    100 Marine Parkway, Suite 200
    Redwood Shores, California 94065
    Tel: (650) 593-6300
    Fax: (650) 593-6301
    Email: rfreitas@ftklaw.com
    Email: qolaniran@ftklaw.com

Attorneys for Plaintiff
*MyKey Technology Inc.*

Dated: June 21, 2013         CPR Tools, Inc.

By: */s/John Benkert*
    John Benkert
    Its President

*CPR Tools, Inc., defendant Pro se*