1  ROBERT E. FREITAS (SBN 80948)
    rfreitas@ftklaw.com
2  QUDUS B. OLANIRAN (SBN 267838)
    qolaniran@ftklaw.com
3  FREITAS TSENG & KAUFMAN LLP
   100 Marine Parkway, Suite 200
4  Redwood Shores, California 94065
   Telephone: (650) 593-6300
5  Facsimile:  (650) 593-6301

6  Attorneys for Plaintiff
7  MyKey Technology Inc.

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

| MYKEY TECHNOLOGY INC., | Case No. 2:13-cv-02302-MMM SHx |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF CPR TOOLS, INC.** |
| v. | |
| CPR TOOLS, INC., AND LOGICUBE INC., | |
| Defendants. | |

WHEREAS, in view of the parties' STIPULATION OF VOLUNTARY DISMISSAL OF CPR TOOLS, INC. WITH PREJUDICE, and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. MyKey Technology's claims against CPR Tools are hereby dismissed with prejudice;

2. CPR Tools' claims against MyKey Technology are hereby dismissed with prejudice;

3. MyKey Technology and CPR Tools shall each bear its own costs and attorney fees incurred in connection with this case; and

4. All other claims of MyKey Technology against the remaining defendant in this case remains in place and are not in any way waived, discharged or compromised by the dismissal of CPR Tools from this case.

**IT SO ORDERED**.

DATED:  June 24, 2013

_Margaret M. Morrow_
The Honorable Margaret M. Morrow,
United States District Judge