# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MyKey Technology, Inc. | **CASE NUMBER** |
| PLAINTIFF(S), | CV 13-02302 MMM(SHx) |
| v. | |
| CPR tools, Inc. et al | **NOTICE OF  REASSIGNMENT OF CASE** |
| DEFENDANT(S). | |

To:  ALL COUNSEL APPEARING OF RECORD

☑  Pursuant to Order from MDL Panel creating MDL 13-ml-2461 GAF(PLAx)

☐  In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been transferred to the calendar of Judge Gary A. Feess  for:

☑  all further proceedings;
☐  any discovery matters that are or may be referred by the District Judge;
☐  any matters that are referred pursuant to General Order 05-07.
☐  other: _____

On all documents subsequently filed in this case, please substitute the initials ___GAF(PLAx)___ after the case number in place of the initials of the prior judge so that the case number will read: _CV 13-02302 GAF(PLAx)_. This is very important because documents are routed to the assigned judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

Traditionally filed subsequent documents must be filed at the  ☑ Western   ☐ Southern   ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

Clerk, U.S. District Court

Date 08/23/2013 _____

By Robert R. Nadres _____
Deputy Clerk

cc:   ☐ Previous Judge  ☐ Statistics Clerk