UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION | MDL Case No. 2:13-ml-02461-GAF (PLAx) |
| MyKey Technology, Inc. | CASE MANAGEMENT ORDER |
| v. | Case Management Conference: September 3, 2013 at 9:30 a.m. |
| Intelligent Computer Solutions, Inc. | |

By order of the Judicial Panel on Multidistrict Litigation (J.P.M.L.), the actions listed on Schedule A to this order were transferred to this District and assigned to this Court for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 or, if pending within this district, were transferred under this Court's low-number rule. Certain tag along actions may be transferred to this Court by the J.P.M.L. Related cases in this district have also been transferred to this Court. This ORDER applies to all such actions.

Within 20 days after service of this ORDER, any party may object to the application of this ORDER, or any provisions contained herein, by filing an application for relief with the Court.

Because these cases merit special attention as complex litigation, the Court ORDERS:

1. CONSOLIDATION

In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the actions subject to this ORDER are hereby consolidated for pretrial purposes only, and this case will hereafter be referred to as "In Re: MyKey Technology, Inc. Patent Litigation," MDL. No. 2461 ("the Consolidated Actions").

2. MASTER DOCKET

A. A Master Docket is hereby established for the pleadings and papers filed in the Consolidated Actions, and for all other cases filed in or transferred or removed to this Court and consolidated with the Consolidated Actions. The Master Docket shall be denominated 2:13-ml-02461-GAF (PLAx).

B. Every pleading or paper filed in the Consolidated Actions shall have the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION | 2:13-ml-02461-GAF (PLAx) |
| | MDL NO. 2461 |
| MyKey Technology, Inc. | This Document Relates to: ALL CASES |
| v. | |
| Intelligent Computer Solutions, Inc. | |

The Parties shall electronically file all such pleadings and papers on the Master Docket. No further copies need be filed, or docket entries made, except as set forth below. All orders, pleadings and papers filed in the Master Docket shall be deemed filed and entered in each individual action. In the event of an

appeal, the Clerk is directed to provide the Ninth Circuit Court of Appeals with a copy of the Master Docket, as well as the docket for the individual cases in the Consolidated Actions.

C. When a filing is intended to apply to one or more, but not all of the actions, this Court's docket number for each such individual action to which the paper is intended to apply and the case name therein shall appear immediately below the words "This Document Relates to:" in the caption set forth above. The parties shall electronically file all such pleadings and papers in the individual docket pertaining to each such individual action, and the Master Docket. Courtesy copies of all documents shall be delivered to chambers in accordance with the Court's local rules.

3. ADMISSION OF ATTORNEYS

All attorneys of record to the parties in the Consolidated Actions are deemed admitted pro hac vice to practice before this Court, and no pro hac vice applications for admission to practice by counsel of record are required. No counsel of record for any party shall be required to obtain local counsel in the Central District of California.

4. CASE MANAGEMENT CONFERENCE

A Case Management Conference will be held in this case on **Tuesday, September 3, 2013, at 9:30 a.m.** In preparation for the conference, counsel are to do the following:

  A. Counsel should be familiar with the *Manual for Complex Litigation, Fourth* and be prepared at the conference to suggest procedures that will facilitate the just, speedy, and inexpensive resolution of this litigation.

  B. Counsel are required to review the Local Rules for the Central District of California and to comply with them in the conduct of this litigation.

  C. Review the patent rules utilized in the Northern District of California and be familiar with their requirements.

  D. Before the conference, counsel shall confer and seek consensus, to the extent possible, with respect to: (a) compliance with the disclosure requirements of Rule 26(a); (b) a proposed schedule leading to a <u>Markman</u> hearing in late February or early March of 2014.

5. ADDITIONAL INTERIM ORDERS

 A. All orders of transferor courts imposing dates for pleading, law and motion practice and discovery are VACATED.

 B. Until the parties reach agreement on a plan for preservation of documents, records and physical objects, all parties and their counsel must preserve all evidence that may be relevant to these actions.

 C. Except for motions for emergency relief, no motion shall be filed until a Scheduling Order has been issued in this case.

 D. To avoid unnecessary law and motion practice, the parties are to be familiar and adhere to the Central District Local Rule 7.3 requiring that, before a motion is filed, counsel must meet and confer regarding the issues to be presented in the motion.

 E. This ORDER shall apply to all related cases later filed in, removed to, or transferred to this Court.

 IT IS SO ORDERED.

DATED: August 23, 2013

              _____
               Judge Gary Allen Feess
               United States District Court

# SCHEDULE A

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:12-10927-MMM

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:13-02302-MMM

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:13-2476-GAF

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:13-6017-GAF

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:13-6018-GAF

MyKey Technology, Inc. V. Intelligent Computer Solutions.,
C.A. No. 2:13-6019-GAF